157 So.2d 231

**Charles David ANTLEY**

v.

**Earl E. WILSON.**

No. 46967.

Nov. 12, 1963.

In re: Charles David Antley applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 269.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

157 So.2d 231

**Jimmie H. PACK**

v.

**Erbon W. WISE et al.**

No. 46961.

Nov. 12, 1963.

In re: Erbon W. Wise et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 155 So.2d 909.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.